# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DANZEL L. STEARNS, on
behalf of himself and all similarly
situated                                                                    PLAINTIFF

v.                       No. 3:19-cv-100-DPM

INMATE SERVICES CORPORATION;
RANDY L. CAGLE, JR.; CHRISTOPHER
L. WEISS; RYAN B. MOORE; AND
DOE 1-100                                                                   DEFENDANTS

## ORDER

This case is related to No. 3:16-cv-339-BRW and No. 3:18-cv-15-BRW. Judge Wilson has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Wilson.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2019