IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANZEL STEARNS, on behalf of
himself and others similarly situated                                    PLAINTIFFS

VS.                              3:19-CV-00100-BRW

INMATE SERVICES CORPORATION, *ET AL.*                                    DEFENDANTS

## ORDER

Because I do not participate in the Jonesboro draw, and have not for several years, I RECUSE.

Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge.

IT IS SO ORDERED this 16th day of July, 2019.


                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE