THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS, On Behalf of Himself
and All Others Similarly Situated**                                                                        **PLAINTIFF**

v.                            **Case No. 3:19-cv-00100-KGB**

**INMATE SERVICES CORPORATION,** *et al.*                                                        **DEFENDANTS**

**ORDER**

This case is the lead case, with Case No. 3:19-cv-00100 and Case No. 3:19-cv-00121 having been previously consolidated by this Court. This Court entered an initial scheduling order and an amended initial scheduling order (Dkt. Nos. 20, 25). The Court has not entered a final scheduling order to date, and the parties requested in their Joint Federal Rule of Civil Procedure 26(f) Report a stay pending a decision from the Court of Appeals for the Eighth Circuit with respect to a different case (Dkt. No. 26, at 1-2). The Court understands that the Eighth Circuit has now rendered its decision. Further, the dates in the Court's initial and amended initial scheduling orders have passed. No trial date was set because the Court entered no final scheduling order.

Based on these events, the Court intends to enter by separate order a second amended initial scheduling order in this matter. The Court directs that, within 21 days from the entry of that second amended initial scheduling order, the parties confer and submit to the Court a joint status report that addresses the status of this case and those matters covered in Rule 26(f) and Local Rule 26.1 with respect to dates proposed in the second amended initial scheduling order.

It is so ordered this 17th day of July, 2020.

Kristine G. Baker
United States District Judge