THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS, On Behalf of Himself
and All Others Similarly Situated**                                                  **PLAINTIFF**

v.                              Case No. 3:19-cv-00100-KGB

**INMATE SERVICES CORPORATION,** *et al.*                                **DEFENDANTS**

### ORDER

Before the court are the motions for admission *pro hac vice* of attorneys Alan B. Yuter and Rachel E. Hobbs (Dkt. Nos. 39, 40). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motions to admit Mr. Yuter and Ms. Hobbs. *See* Local Rule 83.5(d). Mr. Yuter and Ms. Hobbs shall appear as counsel for proposed intervenor Scottsdale Insurance Company.

It is so ordered this 12th day of August, 2021.

_____
Kristine G. Baker
United States District Judge