UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
RICHARD SHEPPARD ARNOLD UNITED STATES
COURTHOUSE 600 WEST CAPITOL AVENUE,
SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs**  (501) 604-5351
   **Clerk**

April 15, 2022

Rodrick D. Holmes
80 Monroe Avenue Suite 410
Memphis, Tennessee 38103

Re:   Deficient Filing #26, Motion to Dismiss
      Case No. 3:22-cv-00002 DPM, Williams v. Hibbett Inc et al

Dear Mr. Holmes:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

☐ Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

☐ Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

☐ Lacks a correct case number (Local Rule 5.5(a)).

☐ Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

☐ Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

✓ Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief or corporate disclosure statement.

Sincerely,

Tammy H. Downs, Clerk

By  J. Kornegay
    Deputy Clerk