IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS**                                                                                         **PLAINTIFF**

v.                                          Case No. 3:19-cv-00100 KGB

**INMATE SERVICES CORPORATION,** *et al.*                                        **DEFENDANTS**

### NOTICE OF HEARING

The Court will hold a hearing regarding plaintiff's notice of motion, supported by defendants, for preliminary approval of settlement class (Dkt. No. 57) in this matter with the parties *via* telephone on Wednesday, September 28, 2022, at 10:00 a.m. C.T. The call-in information will be provided by the Court to the parties.

It is so ordered this 21st day of September, 2022.

_____
Kristine G. Baker
United States District Judge