IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS**                                                                   **PLAINTIFF**

v.                         Case No. 3:19-cv-00100 KGB

**INMATE SERVICES CORPORATION,** *et al.*                              **DEFENDANTS**

### ORDER

The Court conducted a status conference in this matter on September 28, 2022. During that conference, the parties addressed with the Court certain issues pertaining to the pending motion for preliminary approval of settlement class (Dkt. No. 57). The parties are directed to file by October 12, 2022, status reports informing the Court about matters addressed during the status conference or new matters any party wishes to raise for the Court's consideration with respect to the status of the litigation and request for preliminary approval of settlement class.

It is so ordered this 29th day of September, 2022.

                                                */s/ Kristine G. Baker*
                                                Kristine G. Baker
                                                United States District Judge