IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS**                                                                                         **PLAINTIFF**

v.                                              Case No. 3:19-cv-00100-KGB

**INMATE SERVICES CORPORATION,** *et al.*                                              **DEFENDANTS**

**ORDER**

Plaintiff Danzel L. Stearns names as defendants in his operative amended complaint Does 1 through 100 (Dkt. No. 33, ¶ 9). At no time since the filing of his operative amended complaint has Mr. Stearns moved to amend to name the Doe defendants nor has he filed proof of service of the operative amended complaint on any Doe defendant. The Court raised this issue with the parties during a status conference on September 28, 2022 (Dkt. No. 71). Following the status conference, Mr. Stearns submitted a status report stating that "[a]ll Doe defendants may be dismissed." (Dkt. No. 74, ¶ 1). Separate defendants Inmate Services Corporation and Randy L. Cagle, Jr. also submitted a status report stating that they have no objection to the dismissal of the Doe defendants (Dkt. No. 78, ¶ 3). Accordingly, the Court dismisses without prejudice Mr. Stearns's claims against the unidentified Doe defendants. The Court dismisses without prejudice Does 1 through 100 as parties to this action.

It is so ordered this 8th day of February, 2023.

_____
Kristine G. Baker
United States District Judge