IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS,**
on behalf of himself and all similarly situated persons                                                    **PLAINTIFF**

v.                          Case No. 3:19-cv-00100-KGB (Lead)
                            Case No. 3:19-cv-00121-KGB

**INMATE SERVICES CORPORATION,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is plaintiff Danzel L. Stearns and separate defendant Inmate Services Corporation's motion to reschedule final approval hearing (Dkt. No. 82). The parties state that the Final Approval Hearing is currently set for June 16, 2023, but the Class Notice cannot be published in the *Prison Legal News* until May 2023 (*Id.*, ¶¶ 1–2). As a result, the parties request that the Final Approval hearing date be rescheduled to August 2023 (*Id.*, ¶ 3).

For good cause shown, the Court grants the motion (Dkt. No. 82). The Final Approval Hearing in this matter is rescheduled for Friday, August 4, 2023, at 1:00 p.m. Central Daylight Time, at the Richard Sheppard Arnold United States Courthouse, Courtroom 4D, 500 West Capitol Avenue, Little Rock, Arkansas, 72201. The Class Notice shall be updated accordingly.

It is so ordered this 10th day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge