IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS,**
on behalf of himself and all similarly situated persons          **PLAINTIFF**

v.          Case No. 3:19-cv-00100-KGB (Lead)
            Case No. 3:19-cv-00121-KGB

**INMATE SERVICES CORPORATION,** *et al.*          **DEFENDANTS**

## ORDER

Before the Court is attorney Baxter D. Drennon's motion to withdraw as counsel for separate defendant Ryan B. Moore (Dkt. No. 27). Mr. Moore will continue to be represented by Michael Barnes and Quinten Whiteside of Wright, Lindsey, & Jennings, LLP (*Id.*). For good cause shown, the Court grants the motion and relieves Mr. Drennon as counsel of record for Mr. Moore.

It is so ordered this 19th day of April, 2023.

Kristine G. Baker
United States District Judge