IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| DANZEL L. STEARNS, on behalf of himself and all similarly situated persons, | PLAINTIFFS |
| vs.   3:19-cv-00100-KGB   (Lead)<br>3:19-cv-00121-KGB | |
| INMATE SERVICES CORPORATION; RANDY L. CAGLE JR.; CHRISTOPHER L. WEISS; RYAN B. MOORE; and DOE 1 to 100 | DEFENDANTS |

**PLAINTIFF'S NOTICE OF MOTION; MOTION, UNOPPOSED BY DEFENDANTS, FOR AWARD OF ATTORNEYS FEES AND LITIGATION COSTS**

PLEASE TAKE NOTICE that on August 4, 2023, at 1:00 p,m, in Courtroom 4D at the Richard Sheppard Arnold United States Courthouse 500 West Capitol Avenue, Little Rock, Arkansas, Plaintiff Danzel L. Stearns, on behalf of himself and all similarly situated persons, does and will move the Court, unopposed by Defendants, for an order awarding attorneys fees and litigation costs.

This motion is supported by the notice and motion, the accompanying memorandum of points and authorities, the attached exhibits, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

Dated: July 16, 2023
Respectfully Submitted,

By: _____

| | |
|---|---|
| Mark E. Merin (CA Bar No. 043849)<br>Paul H. Masuhara (CA Bar No. 289805)<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone: (916) 443-6911<br>Facsimile: (916) 447-8336<br>E-Mail: mark@markmerin.com<br>          paul@markmerin.com | Paul J. James (Arkansas Bar No. 83091)<br>JAMES, CARTER & PRIEBE, LLP<br>500 Broadway, Suite 400<br>Little Rock, Arkansas 72203<br>Telephone: (866) 716-3242<br>Facsimile: (501) 372-1659<br>E-Mail: pjj@jamescarterlaw.com |

| | |
|---|---|
| W. Craig Bashein (OH Bar No. 0034591)<br>BASHEIN & BASHEIN CO., L.P.A.<br>Terminal Tower, 35th Floor<br>50 Public Square<br>Cleveland, Ohio 44113<br>(216) 771-3239<br>E-Mail: cbashein@basheinlaw.com | John J. Spellacy (OH Bar No. 0065700)<br>JOHN J. SPELLACY CO., L.P.A.<br>323 W. Lakeside Avenue, Suite 300<br>Cleveland, Ohio 44113<br>(216) 241-0520<br>E-Mail: jspellacy@spellacylaw.com |
| John P. Hurst (OH Bar No. 0010569)<br>BASHEIN & BASHEIN CO., L.P.A.<br>Terminal Tower, 35th Floor<br>50 Public Square<br>Cleveland, Ohio 44113<br>(216) 771-3239<br>E-Mail: jhurst@basheinlaw.com | Paul W. Flowers, Esq. (OH Bar No. 0046625)<br>Louis E. Grube, Esq. (OH Bar No. 0091337)<br>PAUL W. FLOWERS CO., L.P.A.<br>Terminal Tower, Suite 1910<br>50 Public Square<br>Cleveland, Ohio 44113<br>(216) 344-9393<br>E-Mail: pwf@pwfco.com<br>         leg@pwfco.com |

*Attorneys for Plaintiff*
*DANZEL L. STEARNS,*
*on behalf of himself and*
*a class of similarly situated persons*